[No. 4016–II.   Division Two.   May 13, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID VERDELL SIBLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 10280, Thomas L. Lodge, J., entered April 2, 1979. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.

[No. 3817–II.   Division Two.   May 13, 1980.]

CLOVER PARK EDUCATION ASSOCIATION, *Appellant,* v. WASHINGTON STATE PUBLIC EMPLOYMENT RELATIONS COMMISSION, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 267917, Thomas R. Sauriol, J., entered December 7, 1978. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.

[No. 3821–II.   Division Two.   May 13, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID PHILIP, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 78–10–0214–3, Terence Hanley, J., entered December 29, 1978. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.